**No. 65239.**—Du-Caire Import Co. et al. *v.* United States, protests 60/18361, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "B" at 10 percent under the provision in paragraph 1528, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T.D. 52739), supplemented by Presidential proclamation (T.D. 52836), for imitation semiprecious stones, faceted, and (2) the items marked with the letter "C" at 30 percent under the provision in said paragraph, as modified by T.D. 51802, supplemented by T.D. 51898, for imitation semiprecious stones, not faceted.

**No. 65240.**—Leyden Customs Expediters, Inc. *v.* United States, protests 60/14607 and 60/14608 (New York).

Opinion by WILSON, J.   The protests were dismissed.

BEFORE THE SECOND DIVISION, MARCH 6, 1961

**No. 65241.**—J. J. Boll *v.* United States, protests 59/27260 and 59/28027 (New York).

Opinion by FORD, J.   The protests were dismissed.

**No. 65242.**—Eric J. Aschkenasy *v.* United States, protests 60/1338 and 60/237 (New York).

Opinion by FORD, J.   The protests were dismissed.